IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LETICIA SANDERS,
DSH, a minor, by her Legal Guardian                               PLAINTIFF

VS.                       No. 4:10CV00081-WRW-JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration                                                    DEFENDANT

## ORDER

On February 24, 2010, the Court issued an Order granting Plaintiff's application to proceed <u>in forma pauperis</u> (DE # 4). The Clerk of the Court is directed to issue summons as to the Social Security Administration, U.S. Attorney, and U.S. Attorney General.

IT IS SO ORDERED this 29th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE