IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LETICIA SANDERS,
DSH, a minor, by her Legal Guardian                                           PLAINTIFF

VS.                          No. 4:10CV00081-WRW-JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration                                                                DEFENDANT

## ORDER

Local Rule 5.5(c)(2) provides that a pro se plaintiff must respond to a communication from the Court within (30) days or the case will be dismissed without prejudice. Plaintiff is directed to respond to this Order within thirty (30) days or this case will be dismissed without prejudice.

IT IS SO ORDERED this 14th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE