IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LETICIA SANDERS,
DSH, a minor, by her Legal Guardian                                    PLAINTIFF


VS.                          No. 4:10CV00081-WRW-JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration                                                         DEFENDANT


## ORDER

Pending is Plaintiff's motion for appointment of counsel (DE #3). Plaintiff was directed to contact three attorneys who practice in the field of Social Security about taking her case, and to file a statement with the Court detailing the attorneys contacted and the dates and what they told her (DE #4). When Plaintiff failed to do so, the Court, by an Order dated April 13, 2010, directed her to file the statement within thirty days (DE #6). As of this date, the statement has not been filed. Plaintiff shall now file her statement within ten (10) days of the date of this Order, or her motion for appointment of counsel will be denied.


IT IS SO ORDERED this 14th day of May, 2010.


_____
UNITED STATES MAGISTRATE JUDGE