**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LETICIA SANDERS
  on behalf of D.S.H.                                    Plaintiff

v.                              4:10CV00081 BRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                              Defendant

<u>**JUDGMENT**</u>

    Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

    IT IS SO ORDERED this 30th day of June, 2011.


                       /s/ Billy Roy Wilson
                       UNITED STATES DISTRICT JUDGE